**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:08CR7**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **DOMINIQUE TRACY SANDERS** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's court appointed counsel to withdraw and for the appointment of substitute counsel.

The Defendant has been scheduled for sentencing on Tuesday, October 28, 2008. In view of his attorney's motion to withdraw, the Court will continue the sentencing hearing and, instead, will hold a status of counsel hearing to determine whether or not his current attorney should be permitted to withdraw.

**IT IS, THEREFORE, ORDERED** that the sentencing hearing scheduled for October 28, 2008, is **CONTINUED.**

**IT IS FURTHER ORDERED** that, in place of the sentencing hearing, the Court will hear counsel's motion to withdraw at the time previously designated for sentencing, *i.e.*, 10:30 AM, Tuesday, October 28, 2008.

Signed: October 16, 2008

Lacy H. Thornburg
United States District Judge