**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL NO. 1:08CR7**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **DOMINIQUE TRACY SANDERS** | ) | |
| _____ | ) | |

**THIS MATTER** came on for hearing before the Court on October 28, 2008, on motion of Defendant's court appointed counsel to withdraw and for the appointment of substitute counsel.

For the reasons more fully set forth on the record in open court,

**IT IS, THEREFORE, ORDERED** that counsel's motion to withdraw and for the appointment of substitute counsel is **ALLOWED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that Defendant's court appointed counsel, Raquel Wilson, shall remain as standby counsel and be available to the Defendant if he requests her legal services and/or if he decides to represent himself during the remainder of the proceedings herein. Should

Defendant retain private counsel, Ms. Wilson may renew her motion to withdraw.

Signed: October 30, 2008

Lacy H. Thornburg
United States District Judge